SNUG HARBOR REALTY CO., PLAINTIFF-RESPONDENT, v. THE FIRST NATIONAL BANK OF TOMS RIVER, N. J., DEFENDANT-PETITIONER AND THE TRUST COMPANY OF OCEAN COUNTY, DEFENDANT.

*Messrs. Lifland & Greiman* for the petitioner.

*Mr. Ralph G. Mesce* for the respondent.

March 26, 1969. Granted.

ANTON ZIC, PETITIONER-RESPONDENT, v. GENE'S CABINET SHOP, INC., RESPONDENT-PETITIONER.

*Messrs. Vaccaro & Osborne* for the petitioner.

*Messrs. Gelman & Gelman,* and *Mr. Paul Seligman* for the respondent.

March 26, 1969. Denied.

KATHERINE PHILLIPS, PLAINTIFF-RESPONDENT, v. MID STATE OIL AND HEATING CORP., DEFENDANT-PETITIONER.

*Mr. Isidor Kalisch* for the petitioner.

*Mr. Samuel C. Inglese* for the respondent.

March 26, 1969. Denied.